1042

[No. 33418-0-III.   Division Three.   October 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN EARL ELDRED, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 13-1-00051-0, John F. Strohmaier, J., entered May 6, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 73466-1-I.   Division One.   October 31, 2016.]

*In the Matter of the Marriage of* ALEXA INGRAM-CAUCHI, *Appellant*, and STEVEN STOUT, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 11-3-07726-1, Regina S. Cahan, J., entered Arpil 20 and May 7, 2015. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Cox and Dwyer, JJ.

[Nos. 73468-7-I; 73860-7-I.   Division One.   October 31, 2016.]

*In the Matter of the Marriage of* AMBER HANSEN, *Respondent*, and TROY EDWARD HANSEN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 13-3-11903-3, Monica J. Benton, J., entered April 17, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 73528-4-1.   Division One.   October 31, 2016.]

HOLDEN-MCDANIEL PARTNERS, LLC, *Appellant*, v. THE CITY OF ARLINGTON ET AL., *Respondents*, HOMESTREET BANK ET AL., *Petitioners*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 9, 2017. Substitute opinion filed. See 197 Wn. App. 1027.